# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| CHERYL THURSTON, <br><br> Plaintiff, <br><br> v. <br><br> OMNI HOTELS MANAGEMENT CORPORATION, *et al.*, <br><br> Defendants. | CV 16-02596 TJH (KKx) <br><br><br> Order <br><br><br> JS-6 |

The Court has considered Plaintiff Cheryl Thurston's motion to remand, together with the moving and opposing papers.

Defendant Omni Hotels Management Corporation ["Omni"] removed this case based on federal question jurisdiction, asserting that the alleged California Unruh Civil Rights Act, Cal. Civ. Code § 51(f) ["Unruh Act"], violation was premised on Omni's Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.* ["ADA"], violations.

Generally, a state law claim gives rise to a federal question only when a federal law is a necessary element of the state claim. *Wander v. Kaus,* 304 F.3d 856, 857-58 (9th Cir. 2002). Federal law is a necessary element when there is a substantial, disputed question of federal law. *Armstrong v. N. Mariana Islands*, 576 F.3d 950, 955

(9th Cir. 2009). However, the "mere presence of a federal issue in a state cause of action does not automatically confer federal question jurisdiction." *Merrell Dow Pharms. Inc. v. Thompson*, 478 U.S. 804, 808 (1986).

Thurston is seeking both damages and injunctive relief for her Unruh Act claim, and that claim is based on Omni's alleged ADA violations. *Wander* held that there is no federal question raised when money damages are sought for a state law claim when an element of that claim is satisfied by an ADA violation because the ADA does not provide for money damages. *Wander*, 304 F.3d at 857. However, *Wander* did not address whether a federal question is raised when the state law claim seeks injunctive relief and an element of the claim is satisfied by an ADA violation. *Wander*, 304 F.3d at 857.

If the state law claim can be violated for reasons independent of an incorporated federal statute, then there is no substantial, disputed question of federal law. *Armstrong*, 576 F.3d at 956. This is true even when the state law's language mirrors the language of a federal law, and when the state law provides for the same type of relief afforded under the federal law. *Armstrong*, 576 F.3d at 956. The Unruh Act may be violated in a number of ways, with an ADA violation being just one of those ways. Cal. Civ. Code § 51. Thus, the Unruh Act's incorporation of the ADA is insufficiently substantial to make the ADA a necessary element.

Accordingly,

It is Ordered that the motion to remand be, and hereby is, Granted.

Date: May 19, 2017

_____
Terry J. Hatter, Jr.
Senior United States District Judge